# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| **EMILE JOSEPH RICHARD** | **DOCKET NO. 6:21-cv-3647** |
| **DOC # 329692** | **SECTION P** |
| | |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| | |
| **STATE OF LOUISIANA, ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this suit be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 3rd day of March, 2022.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**